# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00602-CV

**Barbara Berg, Appellant**

**v.**

**Deborah R. Standridge, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
NO. 02-552-C26, HONORABLE KEN ANDERSON, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Barbara Berg has notified this Court that she has filed a Chapter 13 bankruptcy proceeding, Number 05-10451, United States Bankruptcy Court, Western District of Texas. Accordingly, the case is abated. *See* 11 U.S.C. § 362(a); Tex. R. App. P. 8.3. It is the parties' responsibility to notify this Court as soon as possible if the automatic stay is lifted. Failure to notify the Court that an event has happened which would allow the case to be reinstated may result in a dismissal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Filed: February 11, 2005